B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>District of Minnesota | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Progress Casting Group, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**41-1547073** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**12925 16th Avenue North<br>Plymouth, MN** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP Code **55441** | ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hennepin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| ZIP Code | ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7              ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9                   of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12             ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13                 of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check one box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,      ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as          business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11)                                                                                           Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Progress Casting Group, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

  ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                        Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Progress Casting Group, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ David Jon Hoiland**
  Signature of Attorney for Debtor(s)

  **David Jon Hoiland 46085**
  Printed Name of Attorney for Debtor(s)

  **David Jon Hoiland, PLC**
  Firm Name

  **One Financial Plaza, Suite 1100**
  **120 South Sixth Street**
  **Minneapolis, MN 55402**

  Address

                          **Email: Hoilandesq@aol.com**
  **612/573-3686  Fax: 612/330-0959**
  Telephone Number

  **April 12, 2012**
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mark L. Osmanski**
  Signature of Authorized Individual

  **Mark L. Osmanski**
  Printed Name of Authorized Individual

  **President**
  Title of Authorized Individual

  **April 12, 2012**
  Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Minnesota

In re __Progress Casting Group, Inc._____ ,    Case No. _____

Debtor    Chapter_____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 300.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 9,758,011.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 966,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 36 | | 10,306,808.23 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 45 | | | |
| Total Assets | | | 300.00 | | |
| Total Liabilities | | | | 21,030,819.23 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### District of Minnesota

In re    **Progress Casting Group, Inc.** _____ ,    Case No. _____

Debtor

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Progress Casting Group, Inc.** _____ ,    Case No. _____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |
|  | (Report also on Summary of Schedules) | |

__0__   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Progress Casting Group, Inc.**                          ,     Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

     **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JP Morgan Chase Checking Acocunt** | - | 300.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |

                                                         Sub-Total >      **300.00**

                                               (Total of this page)

   __2__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Progress Casting Group, Inc.**                                    ,    Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Progress Casting Group, Inc.**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Registered Trademark "Progress Casting Group, Inc. Accepting the Challenge"** | - | **0.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **300.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Progress Casting Group, Inc.**                                      ,      Case No. _____
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **PPE EQUIPMENT LEASING, LLC 12925 16th AVENUE N PLYMOUTH, MN 55441** | - | | | | **2009-2012** **Factoring and revolving line of credit** Value $        **0.00** | | | | 1,508,011.00 | 1,508,011.00 |
| Account No. **WILLIAM F. BIEBER 12925 16th AVENUE N PLYMOUTH, MN 55441** | - | | | | **2007** **Term Note** Value $        **0.00** | | | | 8,250,000.00 | 8,250,000.00 |
| Account No. | | | | | Value $ | | | | | |
| Account No. | | | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| __0__ continuation sheets attached | Subtotal (Total of this page) | 9,758,011.00 | 9,758,011.00 |
| | Total (Report on Summary of Schedules) | 9,758,011.00 | 9,758,011.00 |

B6E (Official Form 6E) (4/10)

.

In re    **Progress Casting Group, Inc.**                                          ,        Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                        ___1___  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Progress Casting Group, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ATEK COMPANIES, INC**<br>**12925 16th AVENUE N**<br>**PLYMOUTH, MN 55441** | - | | **2009**<br><br>**Pymt of WARN claim to Glass, Molders, Pottery, Plastics and Allied Workers Intl Union Local 63B** | | | | **40,000.00** | **Unknown** | **Unknown** |
| Account No.<br><br>**ATEK COMPANIES, INC.**<br>**12925 16th AVENUE N**<br>**PLYMOUTH, MN 55441** | - | | **2009-2012**<br><br>**Pymt of withdrawal liability and interest on behalf of debtor to Twin Cities & Vicinity Conf Bd Pension Plan** | | | | **926,000.00** | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 0.00 | |
| | 966,000.00 | 0.00 |
| Total<br>(Report on Summary of Schedules) | 0.00 | |
| | 966,000.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re    **Progress Casting Group, Inc.**                                            Case No. _____
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | 2009 | | | | | |
| **A-TOMIC DRY ICE, LLC 2328 TERRITORIAL ROAD ST. PAUL, MN 55114** | - | | | | | | 4,088.97 |
| Account No. | | 2009 | | | | | |
| **ACE LOCK AND SAFE CO 410 WASHINGTON AVE N MINNEAPOLIS, MN 55401** | | | | | | | 1,442.15 |
| Account No. | | 2009 | | | | | |
| **AIR FREIGHT UNLIMITED PO BOX 11837 ST. PAUL, MN 55111** | - | | | | | | 21,005.16 |
| Account No. | | 2009 | | | | | |
| **ALBINSON REPROGRAPHICS 1401 GLENWOOD AVE. MINNEAPOLIS, MN 55405** | - | | | | | | 70.70 |
| __35__ continuation sheets attached | | | | Subtotal (Total of this page) | | | 26,606.98 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Progress Casting Group, Inc.** _____ ,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | 2009 | | | | |
| **ALL INDUSTRY SUPPLIES** **6250 BUNKER LAKE BLVD STE 103** **RAMSEY, MN 55303** | | | | | | | | 222.55 |
| Account No. | | - | | 2009 | | | | |
| **ALLTECH ENGINEERING CORP.** **2515 PILOT KNOB RD** **MENDOTA HEIGHTS, MN 55120** | | | | | | | | 13,167.95 |
| Account No. | | - | | 2009 | | | | |
| **AMCOL CORP.** **21435 DEQUINDRE** **HAZEL PARK, MI 48030** | | | | | | | | 2,199.12 |
| Account No. | | - | | 2009 | | | | |
| **AMERICAN SAFETY RAZOR** **PO BOX 70747** **CHICAGO, IL 60673-0747** | | | | | | | | 152.37 |
| Account No. | | - | | 2009 | | | | |
| **AMERICAN SECURITY L.L.C.** **MI 93 PO BOX 1150** **MINNEAPOLIS, MN 55480-1150** | | | | | | | | 22,774.92 |

Sheet no. __1__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,516.91

B6F (Official Form 6F) (12/07) - Cont.

In re   **Progress Casting Group, Inc.**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**APPLIED THERMAL SYSTEMS**<br>**8401 73RD AVE NORTH SUITE 74**<br>**BROOKLYN PARK, MN 55428-1174** | - | | 2009 | | | | 15,179.95 |
| Account No.<br><br>**ARCTIC GLACIER**<br>**1654 MARTHALER LANE**<br>**WEST ST. PAUL, MN 55118** | - | | 2009 | | | | 1,824.73 |
| Account No.<br><br>**ARROW CRYOGENICS INC.**<br>**1671 93RD LAND NE**<br>**BLAINE, MN 55449** | - | | 2009 | | | | 11,037.91 |
| Account No.<br><br>**ATEK COMPANIES, INC.**<br>**12925 16th AVENUE N**<br>**PLYMOUTH, MN 55441** | - | | through 2012<br>Demand Note $2,115,000<br>Management services $1,227,305.07 | | | | 3,342,305.00 |
| Account No.<br><br>**David Gotlieb, Esq**<br>**Barnes & Thornburg**<br>**225 South 6th Street #2800**<br>**Minneapolis, MN 55402-4662** | | | Representing:<br>ATEK COMPANIES, INC. | | | | Notice Only |

Sheet no. __2__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,370,347.59

B6F (Official Form 6F) (12/07) - Cont.

In re   **Progress Casting Group, Inc.**                                    ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Representing: | | | | |
| Laura Maupin, Esq Barnes & Thornburg 225 South 6th Street #2800 Minneapolis, MN 55402-4662 | | | | ATEK COMPANIES, INC. | | | | **Notice Only** |
| Account No. | | - | | 2009 | | | | |
| AUTOMATION INC. 100-83RD AVE SE SUITE 105 MINNEAPOLIS, MN 55432 | | | | | | | | 221.38 |
| Account No. | | - | | 2009 | | | | |
| BECK ALUMINUM CORPORATION PO BOX 714804 COLUMBUS, OH 43271-4804 | | | | | | | | 626,786.38 |
| Account No. | | - | | 2009 | | | | |
| BERNE SCALE 2200 EDGEWOOD AVE S MINNEAPOLIS, MN 55426 | | | | | | | | 229.27 |
| Account No. | | - | | 2009 | | | | |
| BERTHIAUME COMMERCIAL LAW 23660 109TH AVENUE ROGERS, MN 55374 | | | | | | | | 3,534.54 |

Sheet no. __3__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**630,771.57**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Progress Casting Group, Inc.**                                    ,        Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| **BLACKHAWK SPRINKLERS, INC** **PO BOX 998** **CEDAR FALLS, IA 50613** | - | | | | | | 244.35 |
| Account No. | | | 2009 | | | | |
| **BODYCOTE TESTING GROUP** **5996 COLLECTION CENTER DRIVE** **CHICAGO, IL 60693** | - | | | | | | 770.00 |
| Account No. | | | 2009 | | | | |
| **BORDER STATES INDUSTRIES** **9100 WYOMING AVE NO** **BROOKLYN PARK, MN 55445** | - | | | | | | 17,365.47 |
| Account No. | | | 2009 | | | | |
| **BORGEN RADIATOR CO.** **312 JOHNSON STREET NE** **MPLS, MN 55413** | - | | | | | | 391.30 |
| Account No. | | | 2009 | | | | |
| **BRAAS CO.** **7970 WALLACE RD.** **EDEN PRAIRIE, MN 55344** | - | | | | | | 731.83 |

Sheet no. __4__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,502.95

B6F (Official Form 6F) (12/07) - Cont.

In re    **Progress Casting Group, Inc.**                                             ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 | | | | |
| **BRENNTAG GREAT LAKES, LLC** **52200 EAGLE WAY** **CHICAGO, IL 60678-1522** | - | | | | | | | 983.77 |
| Account No. | | | | 2009 | | | | |
| **BUILT-RITE MFG., INC.** **38 HWY 17 P.O. BOX 338** **CONGER, MN 56020** | - | | | | | | | 9,420.06 |
| Account No. | | | | 2009 | | | | |
| **CARL ZEISS IMT CORPORATION** **6826 KENSINGTON ROAD** **BRIGHTON, MI 48116** | - | | | | | | | 2,615.13 |
| Account No. | | | | 2009 | | | | |
| **CARLSON BUILDING SERVICES** **4111 MACKENZIE CT NE STE 100** **ST. MICHAEL, MN 55376** | - | | | | | | | 7,049.41 |
| Account No. | | | | 2009 | | | | |
| **CARPENTER BROTHERS** **PO BOX 88113** **MILWAUKEE, WI 53288-0113** | - | | | | | | | 15,576.99 |

Sheet no. __5__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,645.36

B6F (Official Form 6F) (12/07) - Cont.

In re   **Progress Casting Group, Inc.**                                    ,      Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. | | | | 2009 | | | | |
| **CAST METALS INSTITUTE INC**<br>**35169 EAGLE WAY**<br>**CHICAGO, IL 60678-1351** | - | | | | | | | 2,396.97 |
| Account No. | | | | 2009 | | | | |
| **CHRISTY REFRACTORIES COMP**<br>**4641 MCREE AVENUE**<br>**ST. LOUIS, MO 63110-2239** | - | | | | | | | 2,635.00 |
| Account No. | | | | 2009 | | | | |
| **CITY LAUNDERING**<br>**1700 S FREDERICK PO BOX 622**<br>**OELWEIN, IA 50662-0622** | - | | | | | | | 4,274.52 |
| Account No. | | | | 2009 | | | | |
| **CL BENSEN**<br>**1461 - 1ST AVE NW**<br>**NEW BRIGHTON, MN 55112** | - | | | | | | | 91.27 |
| Account No. | | | | 2009 | | | | |
| **CMH MANUFACTURING**<br>**1320 HARVARD**<br>**LUBBOCK, TX 79403** | - | | | | | | | 4,232.00 |

Sheet no. __6__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,629.76

B6F (Official Form 6F) (12/07) - Cont.

In re   **Progress Casting Group, Inc.**                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CONTROL AND METERS INC**<br>**7613 WASHINGTON AVE SOUTH**<br>**MINNEAPOLIS, MN 55439** | - | | **2009** | | | | **603.21** |
| Account No.<br><br>**CREATIVE CARTON CORP.**<br>**8600 WYOMING AVE NORTH**<br>**BROKLYN PARK, MN 55445** | - | | **2009** | | | | **14,856.63** |
| Account No.<br><br>**CSM EQUITIES, LLC**<br>**500 WASHINGTON AVENUE S #3000**<br>**Minneapolis, MN 55415** | | | **Building Lease - Settlement for Plymouth facility** | | | | **2,837,500.00** |
| Account No.<br><br>**Randy G. Gullickson, Esq.**<br>**Anthony Ostlund Baer &Louwagie**<br>**90 South Seventh St. #3600**<br>**Minneapolis, MN 55402** | | | **Representing:**<br>**CSM EQUITIES, LLC** | | | | **Notice Only** |
| Account No.<br><br>**Steven C. Kerbaugh, Esq.**<br>**Anothn Ostlund Baer & Louwagie**<br>**90 South Seventh St. #3600**<br>**Minneapolis, MN 55402** | | | **Representing:**<br>**CSM EQUITIES, LLC** | | | | **Notice Only** |

Sheet no. __7__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,852,959.84**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Progress Casting Group, Inc.**                                                    ,          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009 | | | | |
| CUMMINS NORTH CENTRAL, INC NW 7686 PO BOX 1450 MINNEAPOLIS, MN 55485-7686 | - | | | | | | | 2,735.02 |
| Account No. | | | | 2009 | | | | |
| D & R VENDING/COFFEE SERV 2207 7TH ST NW ROCHESTER, MN 55901 | - | | | | | | | 257.13 |
| Account No. | | | | 2009 | | | | |
| DAYTON FREIGHT LINES INC. P.O. BOX 340 VANDALIA, OH 45377 | - | | | | | | | 4,388.44 |
| Account No. | | | | 2009 | | | | |
| DECORAH TOOL & DIE 2488 171ST AVENUE DECORAH, IA 52101 | - | | | | | | | 6,716.00 |
| Account No. | | | | 2009 | | | | |
| DELL COMPUTER CORPORATION PO BOX 802816 CHICAGO, IL 60680-2816 | - | | | | | | | 1,075.06 |

Sheet no. __8__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,171.65

B6F (Official Form 6F) (12/07) - Cont.

In re  **Progress Casting Group, Inc.** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| **DISCOUNT STEEL** **216 27 AVE N** **MINNEAPOLIS, MN 55411** | | - | | | | | 7,407.91 |
| Account No. | | | 2009 | | | | |
| **DOALL** **5505 WEST 123RD STREET** **SAVAGE, MN 55378** | | - | | | | | 1,870.75 |
| Account No. | | | 2009 | | | | |
| **DOCK TRUCK DELIVERY, INC.** **5680 QUAM AVE NE  #E** **ST. MICHAEL, MN 55376** | | - | | | | | 13,552.04 |
| Account No. | | | 2009 | | | | |
| **DUN & BRADSTREET** **PO BOX 75434** **CHICAGO, IL 60675-5434** | | - | | | | | 1,763.30 |
| Account No. | | | 2009 | | | | |
| **DYNAMIC AIR, INC. / POSI-** **1125 WILLOW LAKE ROAD** **ST. PAUL, MN 55110-5193** | | - | | | | | 8,046.05 |

Sheet no. __9__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,640.05

B6F (Official Form 6F) (12/07) - Cont.

In re   **Progress Casting Group, Inc.**                                    ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| EDM SALES & SUPPLIES 11650 96TH AVENUE N MAPLE GROVE, MN 55369 | - | | | | | | 303.66 |
| Account No. | | | 2009 | | | | |
| ELECTRIC MOTOR & BEARING WEST 9TH STREET ALBERT LEA, MN 56007 | - | | | | | | 4,132.96 |
| Account No. | | | 2009 | | | | |
| Electrical Engineering & EQUIPMENT 183 W. 9th St Waterloo, IA 50702 | - | | | | | | 14,083.92 |
| Account No. | | | 2009 | | | | |
| ELITE TRANSPORTATION 9101 DAVENPORT STREET NE BLAINE, MN 55449 | - | | | | | | 20,508.86 |
| Account No. | | | 2009 | | | | |
| EMPLOYERS ASSOCIATION INC 9805 45TH AVENUE NO PLYMOUTH, MN 55442 | - | | | | | | 3,105.00 |

Sheet no. __10__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,134.40

B6F (Official Form 6F) (12/07) - Cont.

In re **Progress Casting Group, Inc.** _____ ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| ENTERPRISE PATTERN 811 ENTERPRISE DRIVE JORDAN, MN 55352 | | - | | | | | 6,800.00 |
| Account No. | | | 2009 | | | | |
| FABCO INDUSTRIAL SERVICES 1060 BREEZEWOOD LANE STE 6 NEENAH, WI 54957-0065 | | - | | | | | 84.39 |
| Account No. | | | 2009 | | | | |
| FANUC ROBOTICS AMERICA IN DRAWER 5739 PO BOX 79001 DETROIT, MI 48279-5739 | | - | | | | | 797.50 |
| Account No. | | | 2009 | | | | |
| FASTENAL COMPANY 721 WEST CLARK ALBERT LEA, MN 56007 | | - | | | | | 3,571.86 |
| Account No. | | | 2009 | | | | |
| FERGUSON ENTERPRISES INC 2350 County Rd C # 150 Roseville, MN 55113-2528 | | - | | | | | 2,050.21 |

Sheet no. __11__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         13,303.96

B6F (Official Form 6F) (12/07) - Cont.

In re  **Progress Casting Group, Inc.**                                    ,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2009 | | | | |
| **FERRELL GAS**<br>**7255 W HWY 10**<br>**ANOKA, MN 55303** | - | | | | | | | 8,505.00 |
| Account No. | | | | 2009 | | | | |
| **FILEGAR SAW & TOOL**<br>**264 CRESCENT STREET**<br>**JAMESTOWN, NY 14701** | - | | | | | | | 5,293.41 |
| Account No. | | | | 2009 | | | | |
| **FILTERFRESH**<br>**1460 WEST COUNTY ROAD C**<br>**ROSEVILLE, MN 55113** | - | | | | | | | 2,020.43 |
| Account No. | | | | 2009 | | | | |
| **FIRE BRICK ENGINEERS, INC**<br>**3219 SNELLING AVENUE**<br>**MINNEAPOLIS, MN 55406** | - | | | | | | | 17,940.30 |
| Account No. | | | | 2009 | | | | |
| **FLAME METALS PROCESSING C**<br>**EB 332 PO BOX 1380**<br>**MINNEAPOLIS, MN 55480-1380** | - | | | | | | | 39,869.16 |

Sheet no. __12__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

73,628.30

B6F (Official Form 6F) (12/07) - Cont.

In re  **Progress Casting Group, Inc.**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| **FREIGHTQUOTE.COM 1495 PAYSPHERE CIRCLE CHICAGO, IL 60674** | | - | | | | | 883.73 |
| Account No. | | | 2009 | | | | |
| **G & K SERVICES 212 JAMES AVENUE N. MINNEAPOLIS, MN 55405-1700** | | - | | | | | 12,496.30 |
| Account No. | | | 2009 | | | | |
| **GENERAL PALLET 701 COUNTY RD 7 SW HOWARD LAKE, MN 55349** | | - | | | | | 4,583.10 |
| Account No. | | | 2009 | | | | |
| **GH TENNANT CO. PO BOX 71414 CHICAGO, IL 60694-1414** | | - | | | | | 527.94 |
| Account No. | | | 2009 | | | | |
| **GOFF, INC PO BOX 1607 SEMINOLE, OK 74818-1607** | | - | | | | | 459.85 |

Sheet no. __13__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    18,950.92

B6F (Official Form 6F) (12/07) - Cont.

In re **Progress Casting Group, Inc.**                                        ,          Case No. _____
                                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| GOYEN CONTROLS 1195 AIRPORT ROAD LAKEWOOD, NJ 08701 | - | | | | | | 233.10 |
| Account No. | | | 2009 | | | | |
| GRAYBAR ELECTRIC CO 12437 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | - | | | | | | 608.73 |
| Account No. | | | 2009 | | | | |
| GREEN ACRES SPRINKLER CO. 6522 CAMBRIDGE STREET ST. LOUIS PARK, MN 55426 | - | | | | | | 513.56 |
| Account No. | | | 2009 | | | | |
| HARRIGAN INDUSTRIAL TECHN N106 W13131 BRADLEY WAY GERMANTOWN, WI 53022 | - | | | | | | 7,099.10 |
| Account No. | | | 2009 | | | | |
| HENKEL P.O. BOX 611747 PORT HURON, MI 48061-1747 | - | | | | | | 2,373.79 |

Sheet no. __14__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,828.28

B6F (Official Form 6F) (12/07) - Cont.

In re  **Progress Casting Group, Inc.**                                          ,        Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Environmental Inquiry | | | | |
| **Henn Cty** **Dept of Eviron Services** **417 N 5th St** **Minneapolis, MN 55401-1397** | - | | | X | X | X | **Unknown** |
| Account No. | | | 2009 | | | | |
| **HERSCHAL PRODUCTS, INC.** **PO BOX 72143** **CLEVELAND, OH 44192-2143** | - | | | | | | **4,737.70** |
| Account No. | | | 2009 | | | | |
| **HOVDEN OIL COMPANY** **PO BOX 28** **RIDGEWAY, IA 52165** | - | | | | | | **1,268.05** |
| Account No. | | | 2009 | | | | |
| **HYTEST SAFETY FOOTWEAR/ A** **7330 N 60TH STREET** **MILWAUKEE, WI 53223** | - | | | | | | **89.00** |
| Account No. | | | 2009 | | | | |
| **IFM EFECTOR, INC** **805 SPRINGDALE DRIVE** **EXTON, PA 19341** | - | | | | | | **786.78** |

Sheet no. __15__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,881.53**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Progress Casting Group, Inc.**                                          ,   Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| **INDUSTRIAL SENSORS & CONT** **8818 7th AVENUE NORTH** **GOLDEN VALLEY, MN 55427** | - | | | | | | 1,283.72 |
| Account No. | | | 2009 | | | | |
| **INSTRON/SATEC SYSTEMS, INC** **PO BOX 469** **CANTON, MA 02021-1089** | - | | | | | | 2,304.00 |
| Account No. | | | 2009 | | | | |
| **INTEGRATED FIRE & SECURIT** **7180 NORTHLAND CIRCLE STE 138** **BROOKLYN PARK, MN 55428** | - | | | | | | 1,828.80 |
| Account No. | | | 2009 | | | | |
| **INTERNATIONAL CHEMTEX** **8287 214TH STREET WEST** **LAKEVILLE, MN 55044-9103** | - | | | | | | 631.82 |
| Account No. | | | 2009 | | | | |
| **IRB, INC** **1323 SOUTH VIEW BLVD SUITE 202** **SOUTH ST. PAUL, MN 55075** | - | | | | | | 8,749.77 |

Sheet no. __16__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,798.11

B6F (Official Form 6F) (12/07) - Cont.

In re   **Progress Casting Group, Inc.**                                            ,          Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | 2009 | | | | |
| **J & J MACHINING OF LEXING 8982 SYNDICATE AVENUE NO LEXINGTON, MN 55014** | | | | | | | | 5,705.39 |
| Account No. | | - | | 2009 | | | | |
| **J & W INSTRUMENTS 4800 MUSTANG CIRCLE NEW BRIGHTON, MN 55112** | | | | | | | | 4,551.03 |
| Account No. | | - | | 2009 | | | | |
| **J.M. GRIMSTAD, INC. PO BOX 3090 MILWAUKEE, WI 53201-3090** | | | | | | | | 6,543.84 |
| Account No. | | - | | 2009 | | | | |
| **JETSON, INC. 13414 HWY 65 NE HAM LAKE, MN 55304** | | | | | | | | 2,582.71 |
| Account No. | | - | | 2009 | | | | |
| **JOHN HENRY FOSTER 3103 MIKE COLLINS DRIVE EAGAN, MN 55122** | | | | | | | | 2,614.12 |

Sheet no.  **17**  of  **35**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **21,997.09**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Progress Casting Group, Inc.**                                    ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009 | | | | |
| KEANE THUMMEL TRUCKING INC PO BOX 33 405 S MAIN STREET NEW MARKET, IA 51646 | - | | | | | | | 116.60 |
| Account No. | | | | 2009 | | | | |
| KONECRANES, INC 877 SW 3RD ST, SUITE 6 NEW BRIGHTON, MN 55112 | - | | | | | | | 8,419.00 |
| Account No. | | | | 2009 | | | | |
| KURT MANUFACTURING COMPANY PO BOX 641361 CINCINNATI, OH 45264-1361 | - | | | | | | | 21,557.87 |
| Account No. | | | | 2009 | | | | |
| LAEMPE & REICH CORPORATION PO BOX 218 TRUSSVILLE, AL 35173 | - | | | | | | | 44,215.51 |
| Account No. | | | | 2009 | | | | |
| LAKELAND ENG. EQUIPMENT 5735 LINDSAY STREET MINNEAPOLIS, MN 55422 | - | | | | | | | 2,867.65 |

Sheet no. __18__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

77,176.63

B6F (Official Form 6F) (12/07) - Cont.

In re   **Progress Casting Group, Inc.**                                            ,        Case No. _____

                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| **LOFFLER BUSINESS SYSTEMS** **1101 EAST 78TH ST SUITE 200** **BLOOMINGTON, MN 55420** | - | | | | | | 10,480.30 |
| Account No. | | | 2009 | | | | |
| **LSE NETWORK CNC SERVICES** **23570 184TH STREET** **BIG LAKE, MN 55309** | - | | | | | | 910.00 |
| Account No. | | | 2009 | | | | |
| **LUBETECH INC.** **900 MENDELSSOHN AVE NO** **GOLDEN VALLEY, MN 55427** | - | | | | | | 7,095.99 |
| Account No. | | | 2009 | | | | |
| **M MOLDING** **43198 403RD AVE.** **ST. PETER, MN 56082** | - | | | | | | 6,447.77 |
| Account No. | | | 2009 | | | | |
| **MACHINING SOLUTIONS** **12249 NICOLLET AVE.** **BURNSVILLE, MN 55337** | - | | | | | | 219.90 |

Sheet no. __19__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                25,153.96

B6F (Official Form 6F) (12/07) - Cont.

In re  **Progress Casting Group, Inc.**                                    ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| MANAGEMENT RECRUITERS OF 8411 CORPORATE DRIVE SUITE 100 RACINE, WI 53406 | - | | | | | | 16,000.00 |
| Account No. | | | 2009 | | | | |
| MARTIN CALIBRATION 11965 12TH AVE. SOUTH BURNSVILLE, MN 55337 | - | | | | | | 345.56 |
| Account No. | | | 2009 | | | | |
| MCCOY CONSTRUCTION INC 1208 TYLER STREET HASTINGS, MN 55033 | - | | | | | | 699.70 |
| Account No. | | | 2009 | | | | |
| MCMASTER CARR SUPPLY P.O. BOX 7690 CHICAGO, IL 60680-7690 | - | | | | | | 10,786.31 |
| Account No. | | | 2009 | | | | |
| MIDWEST LOCK & SAFE, INC. 2642 30TH AVENUE SOUTH MINNEAPOLIS, MN 55406 | - | | | | | | 200.89 |

Sheet no. __20__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **28,032.46**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Progress Casting Group, Inc.** _____,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| **MIDWEST OVERHEAD CRANE** **6517 JAMES AVENUE NORTH** **MINNEAPOLIS, MN 55430** | - | | | | | | 4,425.84 |
| Account No. | | | 2009 | | | | |
| **MILWAUKEE CHAPLET** **17000 W. ROGERS DR.** **NEW BERLIN, WI 53151** | - | | | | | | 4,067.75 |
| Account No. | | | 2009 | | | | |
| **MODERN METAL PROCESSING INC** **3448 CORWIN ROAD** **WILLIAMSTOWN, MI 48895** | - | | | | | | 32,346.34 |
| Account No. | | | 2009 | | | | |
| **MPT** **621 JEFFERS CIRCLE** **EXTON, PA 19341** | - | | | | | | 720.00 |
| Account No. | | | 2009 | | | | |
| **NEW HAMPTON FIREFIGHTERS** **PO BOX 374** **NEW HAMPTON, IA 50659** | - | | | | | | 3,500.00 |

Sheet no. __21__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,059.93

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Progress Casting Group, Inc.** _____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                                      |   |   | 2009 |   |   |   |   |
| **NEW YORK BLOWER COMPANY DEPARTMENT 20-1004 PO BOX 5940 CAROL STREAM, IL 60197-5940** | - |   |   |   |   |   | 117.32 |
| Account No.                                                      |   |   | 2009 |   |   |   |   |
| **NMC, INC. 11332 265TH ST MASON CITY, IA 50401** | - |   |   |   |   |   | 770.00 |
| Account No.                                                      |   |   | 2009 |   |   |   |   |
| **NON-FERROUS CAST ALLOYS, 1146 NORTH GATEWAY BLVD MUSKEGON, MI 49441** | - |   |   |   |   |   | 29,844.89 |
| Account No.                                                      |   |   | 2009 |   |   |   |   |
| **NORTH STAR IMAGING EB 111 PO BOX 1691 MINNEAPOLIS, MN 55480-1691** | - |   |   |   |   |   | 42,023.59 |
| Account No.                                                      |   |   | 2009 |   |   |   |   |
| **NORTHLAND MECHANICAL CONT 9001 SCIENCE CENTER DRIVE NEW HOPE, MN 55428** | - |   |   |   |   |   | 22,459.92 |

Sheet no. __22__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

95,215.72

B6F (Official Form 6F) (12/07) - Cont.

In re  **Progress Casting Group, Inc.**                                    ,    Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| **OAK HOTELS INC DAYS INN PLYMOUTH PO BOX 100678 ATLANTA, GA 30384-0678** | - | | | | | | 11,023.16 |
| Account No. | | | 2009 | | | | |
| **OFFICE DEPOT PO BOX 633211 CINCINNATI, OH 45263-3211** | - | | | | | | 243.29 |
| Account No. | | | 2009 | | | | |
| **OMNI OFFICE PRODUCTS 2950 XENIUM LANE N  STE 106 PLYMOUTH, MN 55441** | - | | | | | | 4,290.68 |
| Account No. | | | 2009 | | | | |
| **ORKIN PEST CONTROL 235 E ROSELAWN AVE  STE 10 MAPLEWOOD, MN 55117** | - | | | | | | 214.18 |
| Account No. | | | 2009 | | | | |
| **OXYGEN SERVICE CO INC. 1111 PIERCE BUTLER RTE ST. PAUL, MN 55104** | - | | | | | | 27,649.41 |

Sheet no. __23__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          43,420.72

B6F (Official Form 6F) (12/07) - Cont.

In re  **Progress Casting Group, Inc.**                                              ,     Case No. _____

                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2009 | | | | |
| **PACKAGING INCORPORATED** **6775 SHADY OAK ROAD** **EDEN PRAIRIE, MN 55344** | - | | | | | | | 1,526.48 |
| Account No. | | | | 2009 | | | | |
| **PALMER MANUFACTURING AND** **P.O. BOX 2579** **SPRINGFIELD, OH 45501** | - | | | | | | | 4,774.95 |
| Account No. | | | | 2009 | | | | |
| **PEDERSON INDUSTRIAL SALES** **601 WEST COLLEGE** **ALBERT LEA, MN 56007** | - | | | | | | | 58.75 |
| Account No. | | | | 2009 | | | | |
| **PER MAR SECURITY SERVICES** **PO BOX 1101** **DAVENPORT, IA 52805-1101** | - | | | | | | | 654.59 |
| Account No. | | | | 2009 | | | | |
| **Performance Marine & Mach** **455 Jefferson Street** **Winona, MN 55987** | - | | | | | | | 1,941.03 |

Sheet no. __24__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,955.80

B6F (Official Form 6F) (12/07) - Cont.

In re **Progress Casting Group, Inc.** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | | |
| PIONEER METAL FINISHING PO BOX 1181 KENOSHA, WI 53141-1181 | - | | | | | | | 15,749.55 |
| Account No. | | | 2009 | | | | | |
| PIRTEK 11350 HIGHWAY 55 PLYMOUTH, MN 55441 | - | | | | | | | 2,731.69 |
| Account No. | | | 2009 | | | | | |
| PNEU-MOTION, INC. 3140 104TH LANE BLAINE, MN 55449 | - | | | | | | | 546.22 |
| Account No. | | | 2009 | | | | | |
| POWDER TECHNOLOGY, INC. 14331 EWING AVE S BURNSVILLE, MN 55337 | - | | | | | | | 2,081.95 |
| Account No. | | | 2012 | | | | | |
| PPE EQUIPMENT LEASING, LLC 12925 16th AVENUE N PLYMOUTH, MN 55441 | - | | | | | | | 195,254.85 |

Sheet no. __25__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

216,364.26

B6F (Official Form 6F) (12/07) - Cont.

In re  **Progress Casting Group, Inc.** _____,  Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | 2009 | | | | | | | |
| PRODUCTIVITY QUALITY INC 15200 25TH AVE N, SUITE 104 MINNEAPOLIS, MN 55447-1981 | - | | | | | | | | 26,723.47 |
| Account No. | | 2009 | | | | | | | |
| QUIPTEC INC. 683-T BAYVIEW DR. BARRIE ONTARIO L4N9A5 | - | | | | | | | | 795.53 |
| Account No. | | 2009 | | | | | | | |
| R-CON NDT 5605 FREITAG DRIVE MENOMONIE, WI 54751 | - | | | | | | | | 390.00 |
| Account No. | | 2009 | | | | | | | |
| RUSSELL DELIVERY PO BOX 226 ALBERTVILLE, MN 55301 | - | | | | | | | | 7,862.01 |
| Account No. | | 2009 | | | | | | | |
| SIMPSON TECHNOLOGY CORP. 751 SHORELINE DR. AURORA, IL 60504-6194 | - | | | | | | | | 136.00 |

Sheet no. __26__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,907.01

B6F (Official Form 6F) (12/07) - Cont.

In re    **Progress Casting Group, Inc.**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2009 | | | | |
| SKARNES INC NW7194 PO BOX 1450 MINNEAPOLIS, MN 55485 | | - | | | | | | 3,288.82 |
| Account No. | | | | 2009 | | | | |
| SMITH FOUNDRY COMPANY 1855 E. 28TH ST. MINNEAPOLIS, MN 55407 | | - | | | | | | 1.80 |
| Account No. | | | | 2009 | | | | |
| SMITH-SHARPE FIRE BRICK S 2129 BROADWAY ST NE MINNEAPOLIS, MN 55413 | | - | | | | | | 5,383.76 |
| Account No. | | | | 2009 | | | | |
| SOUTH MINNESOTA LUBES 2302 EAST MAIN STREET ALBERT LEA, MN 56007 | | - | | | | | | 2,341.36 |
| Account No. | | | | 2009 | | | | |
| SPECTRO ANALYTICAL INST. 450 DONALD LYNCH BLVD MARLBOROUGH, MA 01752 | | - | | | | | | 117.00 |

Sheet no. __27__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          11,132.74

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Progress Casting Group, Inc.**                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| **ST. PAUL BRASS 954 W. MINNEHAHA AVE. ST. PAUL, MN 55104** | - | | | | | | 2,538.67 |
| Account No. | | | 2009 | | | | |
| **STAR EQUIPMENT, INC. 2100 107th LANE NE BLAINE, MN 55449** | - | | | | | | 297.84 |
| Account No. | | | 2009 | | | | |
| **STERLING SUPPLY 459 HARDING ST. NE MINNEAPOLIS, MN 55413** | - | | | | | | 1,938.02 |
| Account No. | | | 2009 | | | | |
| **STORK-TWIN CITY TESTING C 15277 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693** | - | | | | | | 3,162.00 |
| Account No. | | | 2009 | | | | |
| **STOTEK INC N27 W23713 PAUL ROAD UNIT F PEWAUKEE, WI 53072** | - | | | | | | 9,922.25 |

Sheet no. __28__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,858.78

B6F (Official Form 6F) (12/07) - Cont.

In re   **Progress Casting Group, Inc.**                                      ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2009 | | | | |
| SUNSOURCE OPERATING INC 23851 NETWORK PLACE CHICAGO, IL 60673-1238 | - | | | | | | | | 5,229.70 |
| Account No. | | | | | 2009 | | | | |
| SUPERIOR TOOL GRINDING 716 RAILROAD DRIVE ELK RIVER, MN 55330 | - | | | | | | | | 70.00 |
| Account No. | | | | | 2009 | | | | |
| SURE CAST ALUMINUM FOUNDRY 10601 NASSAU STREET N.E. MINNEAPOLIS, MN 55449 | - | | | | | | | | 123,486.66 |
| Account No. | | | | | 2009 | | | | |
| SURGE WATER CONDITIONING 12201 MINNETONKA BLVD MINNETONKA, MN 55305 | - | | | | | | | | 308.44 |
| Account No. | | | | | 2009 | | | | |
| T.C. CLIPPER 9940 HAMILTON ROAD EDEN PRAIRIE, MN 55344 | - | | | | | | | | 1,003.04 |

Sheet no. __29__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

130,097.84

B6F (Official Form 6F) (12/07) - Cont.

In re   **Progress Casting Group, Inc.** _____,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2009 | | | | |
| THE PIC GROUP 104 DAWSON ROAD GUELPH ONTARIO CANADA N14 1A7 | - | | | | | | | 2,241.64 |
| Account No. | | | | 2009 | | | | |
| THERMTRONIX CORPORATION 17129 MUSKRAT AVE. ADELANTO, CA 92301 | - | | | | | | | 10,568.25 |
| Account No. | | | | 2009 | | | | |
| TOLL GAS & WELDING 3005 NIAGARA LANE PLYMOUTH, MN 55447 | - | | | | | | | 1,060.48 |
| Account No. | | | | 2009 | | | | |
| TORRANCE CASTING, INC 3131 Commerce Street LA CROSSE, WI 54603 | - | | | | | | | 21,764.97 |
| Account No. | | | | 2009 | | | | |
| TOYOTA MOTOR CREDIT CORP 8601 XYLON COURT NORTH BROOKLYN PARK, MN 55445 | - | | | | | | | 10,434.54 |

Sheet no. __30__ of __35__ sheets attached to Schedule of           Subtotal           46,069.88
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Progress Casting Group, Inc.** , Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2009 | | | | |
| TOYOTA-LIFT OF MINNESOTA 8601 XYLON COURT NORTH BROOKLYN PARK, MN 55445 | - | | | | | | | 18,467.89 |
| Account No. | | | | 2009 | | | | |
| ULINE SHIPPING SUPPLY 950 ALBRECHT DRIVE PO BOX 568 LAKE BLUFF, IL 60044 | - | | | | | | | 3,677.59 |
| Account No. | | | | 2009 | | | | |
| UNIMIN CORP PO BOX 198867 ATLANTA, GA 30384-8867 | - | | | | | | | 45,125.10 |
| Account No. | | | | 2009 | | | | |
| UNITED ELECTRIC COMPANY PO BOX 802578 CHICAGO, IL 60680-2578 | - | | | | | | | 1,817.68 |
| Account No. | | | | 2009 | | | | |
| UNITED PARCEL SERVICE LOCKBOX 577 CAROLSTREAM, IL 60132-0577 | - | | | | | | | 505.59 |

Sheet no. __31__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       69,593.85

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Progress Casting Group, Inc.**                                          ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| **UNITED RENTALS** **14650 QUIRAM  DRIVE** **ROGERS, MN 55374** | - | | | | | | 1,212.71 |
| Account No. | | | 2009 | | | | |
| **UNITED SURFACE PREPARATION** **8770 VALLEY FORGE LANE NORTH** **MAPLE GROVE, MN 55369** | - | | | | | | 19,676.97 |
| Account No. | | | 2009 | | | | |
| **UNIVERSAL ELECTRIC CORPOR** **168 GEORGETOWN ROAD** **CANONSBURG, PA 15317** | - | | | | | | 2,145.79 |
| Account No. | | | 2009 | | | | |
| **US BANCORP CARDS SERVICES** **PO BOX 6309** **FARGO, ND 58125-6309** | - | | | | | | 6,463.64 |
| Account No. | | | 2009 | | | | |
| **VASCO, INC.** **1103 HERSHEY STREET** **ALBERT LEA, MN 56007** | - | | | | | | 403.57 |

Sheet no. __32__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,902.68

B6F (Official Form 6F) (12/07) - Cont.

In re  **Progress Casting Group, Inc.** _____ ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2009 | | | | |
| VEKTEK, INC. P.O. BOX 934335 KANSAS CITY, MO 64193-4355 | - | | | | | | | 1,647.18 |
| Account No. | | | | 2009 | | | | |
| VITRAN EXPRESS PO BOX 633519 CINCINNATI, OH 45263-3519 | - | | | | | | | 4,783.59 |
| Account No. | | | | 2009 | | | | |
| VULCAN ENGINEERING PO BOX 11407 BIRMINGHAM, AL 35246-0431 | - | | | | | | | 468.48 |
| Account No. | | | | 2009 | | | | |
| W.S. NOTT CO. 4480 ROUND LAKE BLVD. ARDEN HILLS, MN 55112-1961 | - | | | | | | | 838.25 |
| Account No. | | | | 2009 | | | | |
| W.W. GRAINGER, INC 5620 INTERNATIONAL PARKWAY MINNEAPOLIS, MN 55428-3047 | - | | | | | | | 32,283.24 |

Sheet no. __33__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,020.74

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Progress Casting Group, Inc.** _____ , Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | | |
| WALMAN OPTICAL SDS 12-1084 PO BOX 86 MINNEAPOLIS, MN 55486-1084 | - | | | | | | | 262.50 |
| Account No. | | | 2009 | | | | | |
| WALTER HAMMOND CO. 3601 29TH AVE. NE MINNEAPOLIS, MN 55418 | - | | | | | | | 158.10 |
| Account No. | | | 2012 | | | | | |
| WILLIAM F. BIEBER 12925 16th AVENUE N PLYMOUTH, MN 55441 | - | | | | | | | 871,097.14 |
| Account No. | | | Term Note | | | | | |
| WILLIAM F. BIEBER 12925 16th AVENUE N PLYMOUTH, MN 55441 | - | | | | | | | 1,122,793.00 |
| Account No. | | | 2009 | | | | | |
| WINEGAR BROS., INC. 1209 SOUTH STATE WASECA, MN 56093 | - | | | | | | | 44,107.81 |

Sheet no. __34__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,038,418.55

B6F (Official Form 6F) (12/07) - Cont.

In re  **Progress Casting Group, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| WINONA PATTERN & MOLD 1025 EAST KING STREET WINONA, MN 55987 | - | | | | | | 81,990.00 |
| Account No. | | | 2009 | | | | |
| WURTH ADAMS 10100 85TH AVENUE NO MAPLE GROVE, MN 55369 | - | | | | | | 6,106.38 |
| Account No. | | | 2009 | | | | |
| YALE MECHANICAL 9646 GIRARD AVENUE SOUTH MINNEAPOLIS, MN 55431 | - | | | | | | 419.50 |
| Account No. | | | 2009 | | | | |
| YXLON INTERNATIONAL, INC. PO BOX 691627 CINCINNATI, OH 45269-1627 | - | | | | | | 21,595.55 |
| Account No. | | | | | | | |

Sheet no. __35__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 110,111.43 |
| Total (Report on Summary of Schedules) | | 10,306,808.23 |

B6G (Official Form 6G) (12/07)

.

In re    **Progress Casting Group, Inc.**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re    **Progress Casting Group, Inc.**                                          ,    Case No. _____
                                               Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Minnesota

In re   **Progress Casting Group, Inc.**                                          Case No.
_____
Debtor(s)                    Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___47___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 12, 2012**                          Signature   **/s/ Mark L. Osmanski**
                                                                **Mark L. Osmanski**
                                                                **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Minnesota

In re  **Progress Casting Group, Inc.**
Debtor(s)

Case No.
Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-1,080,714.00 | 2011 from financial statement |
| $-426,113.00 | 2010 from Federal Income Tax Return |
| $-6,239,315.00 | 2009 from Federal Income Tax |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **PPE EQUIPMENT LEASING, LLC**<br>**12925 16th AVENUE N**<br>**PLYMOUTH, MN 55441** | **1/24/12** | **$14,000.00** | **$1,508,011.00** |

None
■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Debtor has received a number of Summons from vendors to which it has not responded including:**<br><br>**-Discount Steel, Inc; Summons of December 15 for $7,570.00**<br>**-Jetson, Inc.; Summons of December 29 for $2,570.00**<br>**-Northland Mechanical Contractors; Summons for $22,459.92**<br>**-Unimin Corporation; Summons for $45,125.10** | **Collection** | | |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CSM Equities LLC vs Progress Casting Group, Inc., Wellman Dynamics Twin Cities, Inc. Case #27-CV 10-25657** | **Suit to recover money damages for breach of real estate lease** | **Hennepin County District Court** | **Settled July 28, 2012 with agreement for entry of money judgment** |

None
☐      b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **CSM Equities, LLC Minneapolis, MN 55415** | **March 29, 2012** | **Garnishment of $493.65 from JP Morgan bank account** |

### 5.  Repossessions, foreclosures and returns

None
■      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None
■      a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■      b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
■      List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **David Jon Hoiland, PLC**<br>**One Financial Plaza, Suite 1100**<br>**120 South Sixth Street**<br>**Minneapolis, MN 55402** | **April 11, 2012 by PPE Equipment**<br>**Leasing, LLC on behalf of debtor** | **$10,306** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **ATEK COMPANIES, INC**<br>**12925 16th AVENUE N**<br>**PLYMOUTH, MN 55441** | **March 2012** | **102,000** |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **2600 Niagra Lane North, Plymouth, MN 55441** | | **1970's to Jan, 2011** |
| **1970 North Linn Avenue, New Hampton, IA 55031** | | **2006-2009** |
| **1521 East Hawthorne Ave**<br>**Albert Lea, MN** | | **1960's to 2007** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☐   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Plymouth facility** **2600 Niagra** **Minneapolis, MN 55441** | | **June 13, 2011** | **MN Statutes and Henn. Cty. Ordinances regarding releases to storm sewer** |

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

NAME                                                    ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐      supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Larson Allen LLP**<br>**220 South 6th St #300**<br>**Minneapolis, MN 55402** | **2010 to present** |
| **Darrin Carlson**<br>**1225 Winter St NE**<br>**Minneapolis, MN 55413** | |
| **Chris Lindgren**<br>**Plymouth** | |
| **Jim Voiss, CFO of debtor**<br>**Plymouth** | |
| **Donna Miller**<br>**Plymouth** | |

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■      of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐      of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS
**Larson, Allen LLP**


None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐      issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **CSM Equities, LLC**<br>**500 Washington Ave S.**<br>**Minneapolis, MN 55415** | |
| **Twin Cities & Vicinity Conf Bd Pension**<br>**3001 Metro Drive # 500**<br>**Minneapolis, MN 55425** | |
| **Glass Molders Intl Union 63B**<br>**2520 Kennedy St NE**<br>**Minneapolis, MN 55413** | |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Linamar Corp**<br>**355 Massey Rd**<br>**Guelph, Ontario, Canada** | |

---

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None □  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **William F. Bieber**<br>**6504 Stauder Circle**<br>**Edina, MN 55436** | **Board Member** | |
| **Mark L. Osmanski**<br>**4470 Shorewood Trail**<br>**Medina, MN 55340** | **Board Member** | |
| **Mark L. Osmanski**<br>**4470 Shorewood Trail**<br>**Median, MN 55340** | **CEO and President** | |
| **James T. Voiss**<br>**PO Box 215**<br>**Merrifield, MN 56465-0215** | **CFO** | |
| **William F. Bieber Revocable Trust**<br>**12925 16th Avenue North**<br>**Plymouth, MN 55441** | **Shareholder** | **Owner of 49% of stock** |
| **Christine B. Orris**<br>**101 Model T Road**<br>**Boulder, CO 80302** | **Shareholder** | **Owner of 32.5% of stock** |
| **Kerri B. MacAfoos**<br>**1366 Clayton Street**<br>**Denver, CO 80206** | **Shareholder** | **Owner of 13.5% of stock** |
| **Sharon K. Phillips Revocable Trust**<br>**649 Goodrich Ave.**<br>**Saint Paul, MN 55105** | **Shareholder** | **Owner of 5% of stock** |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Sharon Kay Phillips** | **Chief Executive Officer and President** | **2012** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
☐    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Twin Cities & Vicinity Conf Board Pension Trust** | **31-6056933** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **April 12, 2012**          Signature    **/s/ Mark L. Osmanski**

**Mark L. Osmanski**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**Form 1007-1 - Statement Of Compensation By Debtor's Attorney**

# United States Bankruptcy Court
### District of Minnesota

In re   **Progress Casting Group, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## STATEMENT OF COMPENSATION BY ATTORNEY FOR DEBTOR(S)

The undersigned, pursuant to Local Rule 1007-1, Bankruptcy Rule 2016(b) and § 329(a) of the Bankruptcy Code, states that:

1.   The undersigned is the attorney for the debtor(s) in this case and files this statement as required by applicable rules.

2.   (a)   The filing fee paid by the undersigned to the clerk for the debtor(s) in this case is:   $ **306.00**

(b)   The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:   $ **10,000.00**

(c)   Prior to filing this statement, the debtor(s) paid to the undersigned:   $ **10,000.00**

(d)   The unpaid balance due and payable by the debtor(s) to the undersigned is:   $ **0.00**

3.   The services rendered or to be rendered include the following:
   (a)   analysis of the financial situation and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11 of the United States Code;
   (b)   preparation and filing of the petition, exhibits, attachments, schedules, statements and lists and other documents required by the court;
   (c)   representation of the debtor(s) at the meeting of creditors;
   (d)   negotiations with creditors; and
   (e)   other services reasonably necessary to represent the debtor(s) in this case.

4.   The source of all payments by the debtor(s) to the undersigned was or will be from earnings or other current compensation of the debtor(s), and the undersigned has not received and will not receive any transfer of property other than such payments by the debtor(s), except as follows:  **PPE Equipment Leasing, LLC advanced funds, on behalf of the Debtor, per its loan agreement with the Debtor, to pay $10,306 toward my fees and costs**

5.   The undersigned has not shared or agreed to share with any other person other than with members of undersigned's law firm any compensation paid or to be paid.

Dated:   **April 12, 2012**

Signed:   **/s/ David Jon Hoiland**

**David Jon Hoiland**

Attorney for Debtor(s)
**David Jon Hoiland, PLC**

**One Financial Plaza, Suite 1100**
**120 South Sixth Street**
**Minneapolis, MN 55402**
**612/573-3686  Fax: 612/330-0959**

LOCAL RULE REFERENCE:  1007-1

.

A-TOMIC DRY ICE, LLC
2328 TERRITORIAL ROAD
ST. PAUL MN 55114


ACE LOCK AND SAFE CO
410 WASHINGTON AVE N
MINNEAPOLIS MN 55401


AIR FREIGHT UNLIMITED
PO BOX 11837
ST. PAUL MN 55111


ALBINSON REPROGRAPHICS
1401 GLENWOOD AVE.
MINNEAPOLIS MN 55405


ALL INDUSTRY SUPPLIES
6250 BUNKER LAKE BLVD STE 103
RAMSEY MN 55303


ALLTECH ENGINEERING CORP.
2515 PILOT KNOB RD
MENDOTA HEIGHTS MN 55120


AMCOL CORP.
21435 DEQUINDRE
HAZEL PARK MI 48030


AMERICAN SAFETY RAZOR
PO BOX 70747
CHICAGO IL 60673-0747


AMERICAN SECURITY L.L.C.
MI 93 PO BOX 1150
MINNEAPOLIS MN 55480-1150

APPLIED THERMAL SYSTEMS
8401 73RD AVE NORTH SUITE 74
BROOKLYN PARK MN 55428-1174


ARCTIC GLACIER
1654 MARTHALER LANE
WEST ST. PAUL MN 55118


ARROW CRYOGENICS INC.
1671 93RD LAND NE
BLAINE MN 55449


ATEK COMPANIES, INC
12925 16TH AVENUE N
PLYMOUTH MN 55441


ATEK COMPANIES, INC.
12925 16TH AVENUE N
PLYMOUTH MN 55441


AUTOMATION INC.
100-83RD AVE SE SUITE 105
MINNEAPOLIS MN 55432


BECK ALUMINUM CORPORATION
PO BOX 714804
COLUMBUS OH 43271-4804


BERNE SCALE
2200 EDGEWOOD AVE S
MINNEAPOLIS MN 55426


BERTHIAUME COMMERCIAL LAW
23660 109TH AVENUE
ROGERS MN 55374

BLACKHAWK SPRINKLERS, INC
PO BOX 998
CEDAR FALLS IA 50613


BODYCOTE TESTING GROUP
5996 COLLECTION CENTER DRIVE
CHICAGO IL 60693


BORDER STATES INDUSTRIES
9100 WYOMING AVE NO
BROOKLYN PARK MN 55445


BORGEN RADIATOR CO.
312 JOHNSON STREET NE
MPLS MN 55413


BRAAS CO.
7970 WALLACE RD.
EDEN PRAIRIE MN 55344


BRENNTAG GREAT LAKES, LLC
52200 EAGLE WAY
CHICAGO IL 60678-1522


BUILT-RITE MFG., INC.
38 HWY 17 P.O. BOX 338
CONGER MN 56020


CARL ZEISS IMT CORPORATION
6826 KENSINGTON ROAD
BRIGHTON MI 48116


CARLSON BUILDING SERVICES
4111 MACKENZIE CT NE STE 100
ST. MICHAEL MN 55376

CARPENTER BROTHERS
PO BOX 88113
MILWAUKEE WI 53288-0113


CAST METALS INSTITUTE INC
35169 EAGLE WAY
CHICAGO IL 60678-1351


CHRISTY REFRACTORIES COMP
4641 MCREE AVENUE
ST. LOUIS MO 63110-2239


CITY LAUNDERING
1700 S FREDERICK PO BOX 622
OELWEIN IA 50662-0622


CL BENSEN
1461 - 1ST AVE NW
NEW BRIGHTON MN 55112


CMH MANUFACTURING
1320 HARVARD
LUBBOCK TX 79403


CONTROL AND METERS INC
7613 WASHINGTON AVE SOUTH
MINNEAPOLIS MN 55439


CREATIVE CARTON CORP.
8600 WYOMING AVE NORTH
BROKLYN PARK MN 55445


CSM EQUITIES, LLC
500 WASHINGTON AVENUE S #3000
MINNEAPOLIS MN 55415

CUMMINS NORTH CENTRAL, INC
NW 7686 PO BOX 1450
MINNEAPOLIS MN 55485-7686


D & R VENDING/COFFEE SERV
2207 7TH ST NW
ROCHESTER MN 55901


DAVID GOTLIEB, ESQ
BARNES & THORNBURG
225 SOUTH 6TH STREET #2800
MINNEAPOLIS MN 55402-4662


DAYTON FREIGHT LINES INC.
P.O. BOX 340
VANDALIA OH 45377


DECORAH TOOL & DIE
2488 171ST AVENUE
DECORAH IA 52101


DELL COMPUTER CORPORATION
PO BOX 802816
CHICAGO IL 60680-2816


DISCOUNT STEEL
216 27 AVE N
MINNEAPOLIS MN 55411


DOALL
5505 WEST 123RD STREET
SAVAGE MN 55378


DOCK TRUCK DELIVERY, INC.
5680 QUAM AVE NE  #E
ST. MICHAEL MN 55376

DUN & BRADSTREET
PO BOX 75434
CHICAGO IL 60675-5434


DYNAMIC AIR, INC. / POSI-
1125 WILLOW LAKE ROAD
ST. PAUL MN 55110-5193


EDM SALES & SUPPLIES
11650 96TH AVENUE N
MAPLE GROVE MN 55369


ELECTRIC MOTOR & BEARING
WEST 9TH STREET
ALBERT LEA MN 56007


ELECTRICAL ENGINEERING & EQUIPMENT
183 W. 9TH ST
WATERLOO IA 50702


ELITE TRANSPORTATION
9101 DAVENPORT STREET NE
BLAINE MN 55449


EMPLOYERS ASSOCIATION INC
9805 45TH AVENUE NO
PLYMOUTH MN 55442


ENTERPRISE PATTERN
811 ENTERPRISE DRIVE
JORDAN MN 55352


FABCO INDUSTRIAL SERVICES
1060 BREEZEWOOD LANE STE 6
NEENAH WI 54957-0065

FANUC ROBOTICS AMERICA IN
DRAWER 5739 PO BOX 79001
DETROIT MI 48279-5739

FASTENAL COMPANY
721 WEST CLARK
ALBERT LEA MN 56007

FERGUSON ENTERPRISES INC
2350 COUNTY RD C # 150
ROSEVILLE MN 55113-2528

FERRELL GAS
7255 W HWY 10
ANOKA MN 55303

FILEGAR SAW & TOOL
264 CRESCENT STREET
JAMESTOWN NY 14701

FILTERFRESH
1460 WEST COUNTY ROAD C
ROSEVILLE MN 55113

FIRE BRICK ENGINEERS, INC
3219 SNELLING AVENUE
MINNEAPOLIS MN 55406

FLAME METALS PROCESSING C
EB 332 PO BOX 1380
MINNEAPOLIS MN 55480-1380

FREIGHTQUOTE.COM
1495 PAYSPHERE CIRCLE
CHICAGO IL 60674

G & K SERVICES
212 JAMES AVENUE N.
MINNEAPOLIS MN 55405-1700


GENERAL PALLET
701 COUNTY RD 7 SW
HOWARD LAKE MN 55349


GH TENNANT CO.
PO BOX 71414
CHICAGO IL 60694-1414


GOFF, INC
PO BOX 1607
SEMINOLE OK 74818-1607


GOYEN CONTROLS
1195 AIRPORT ROAD
LAKEWOOD NJ 08701


GRAYBAR ELECTRIC CO
12437 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693


GREEN ACRES SPRINKLER CO.
6522 CAMBRIDGE STREET
ST. LOUIS PARK MN 55426


HARRIGAN INDUSTRIAL TECHN
N106 W13131 BRADLEY WAY
GERMANTOWN WI 53022


HENKEL
P.O. BOX 611747
PORT HURON MI 48061-1747

HENN CTY
DEPT OF EVIRON SERVICES
417 N 5TH ST
MINNEAPOLIS MN 55401-1397


HERSCHAL PRODUCTS, INC.
PO BOX 72143
CLEVELAND OH 44192-2143


HOVDEN OIL COMPANY
PO BOX 28
RIDGEWAY IA 52165


HYTEST SAFETY FOOTWEAR/ A
7330 N 60TH STREET
MILWAUKEE WI 53223


IFM EFECTOR, INC
805 SPRINGDALE DRIVE
EXTON PA 19341


INDUSTRIAL SENSORS & CONT
8818 7TH AVENUE NORTH
GOLDEN VALLEY MN 55427


INSTRON/SATEC SYSTEMS, INC
PO BOX 469
CANTON MA 02021-1089


INTEGRATED FIRE & SECURIT
7180 NORTHLAND CIRCLE STE 138
BROOKLYN PARK MN 55428


INTERNATIONAL CHEMTEX
8287 214TH STREET WEST
LAKEVILLE MN 55044-9103

IRB, INC
1323 SOUTH VIEW BLVD SUITE 202
SOUTH ST. PAUL MN 55075


J & J MACHINING OF LEXING
8982 SYNDICATE AVENUE NO
LEXINGTON MN 55014


J & W INSTRUMENTS
4800 MUSTANG CIRCLE
NEW BRIGHTON MN 55112


J.M. GRIMSTAD, INC.
PO BOX 3090
MILWAUKEE WI 53201-3090


JETSON, INC.
13414 HWY 65 NE
HAM LAKE MN 55304


JOHN HENRY FOSTER
3103 MIKE COLLINS DRIVE
EAGAN MN 55122


KEANE THUMMEL TRUCKING INC
PO BOX 33 405 S MAIN STREET
NEW MARKET IA 51646


KONECRANES, INC
877 SW 3RD ST, SUITE 6
NEW BRIGHTON MN 55112


KURT MANUFACTURING COMPANY
PO BOX 641361
CINCINNATI OH 45264-1361

LAEMPE & REICH CORPORATION
PO BOX 218
TRUSSVILLE AL 35173

LAKELAND ENG. EQUIPMENT
5735 LINDSAY STREET
MINNEAPOLIS MN 55422

LAURA MAUPIN, ESQ
BARNES & THORNBURG
225 SOUTH 6TH STREET #2800
MINNEAPOLIS MN 55402-4662

LOFFLER BUSINESS SYSTEMS
1101 EAST 78TH ST SUITE 200
BLOOMINGTON MN 55420

LSE NETWORK CNC SERVICES
23570 184TH STREET
BIG LAKE MN 55309

LUBETECH INC.
900 MENDELSSOHN AVE NO
GOLDEN VALLEY MN 55427

M MOLDING
43198 403RD AVE.
ST. PETER MN 56082

MACHINING SOLUTIONS
12249 NICOLLET AVE.
BURNSVILLE MN 55337

MANAGEMENT RECRUITERS OF
8411 CORPORATE DRIVE SUITE 100
RACINE WI 53406

MARTIN CALIBRATION
11965 12TH AVE. SOUTH
BURNSVILLE MN 55337


MCCOY CONSTRUCTION INC
1208 TYLER STREET
HASTINGS MN 55033


MCMASTER CARR SUPPLY
P.O. BOX 7690
CHICAGO IL 60680-7690


MIDWEST LOCK & SAFE, INC.
2642 30TH AVENUE SOUTH
MINNEAPOLIS MN 55406


MIDWEST OVERHEAD CRANE
6517 JAMES AVENUE NORTH
MINNEAPOLIS MN 55430


MILWAUKEE CHAPLET
17000 W. ROGERS DR.
NEW BERLIN WI 53151


MODERN METAL PROCESSING INC
3448 CORWIN ROAD
WILLIAMSTOWN MI 48895


MPT
621 JEFFERS CIRCLE
EXTON PA 19341


NEW HAMPTON FIREFIGHTERS
PO BOX 374
NEW HAMPTON IA 50659

NEW YORK BLOWER COMPANY
DEPARTMENT 20-1004 PO BOX 5940
CAROL STREAM IL 60197-5940


NMC, INC.
11332 265TH ST
MASON CITY IA 50401


NON-FERROUS CAST ALLOYS,
1146 NORTH GATEWAY BLVD
MUSKEGON MI 49441


NORTH STAR IMAGING
EB 111 PO BOX 1691
MINNEAPOLIS MN 55480-1691


NORTHLAND MECHANICAL CONT
9001 SCIENCE CENTER DRIVE
NEW HOPE MN 55428


OAK HOTELS INC
DAYS INN PLYMOUTH
PO BOX 100678
ATLANTA GA 30384-0678


OFFICE DEPOT
PO BOX 633211
CINCINNATI OH 45263-3211


OMNI OFFICE PRODUCTS
2950 XENIUM LANE N  STE 106
PLYMOUTH MN 55441


ORKIN PEST CONTROL
235 E ROSELAWN AVE  STE 10
MAPLEWOOD MN 55117

OXYGEN SERVICE CO INC.
1111 PIERCE BUTLER RTE
ST. PAUL MN 55104


PACKAGING INCORPORATED
6775 SHADY OAK ROAD
EDEN PRAIRIE MN 55344


PALMER MANUFACTURING AND
P.O. BOX 2579
SPRINGFIELD OH 45501


PEDERSON INDUSTRIAL SALES
601 WEST COLLEGE
ALBERT LEA MN 56007


PER MAR SECURITY SERVICES
PO BOX 1101
DAVENPORT IA 52805-1101


PERFORMANCE MARINE & MACH
455 JEFFERSON STREET
WINONA MN 55987


PIONEER METAL FINISHING
PO BOX 1181
KENOSHA WI 53141-1181


PIRTEK
11350 HIGHWAY 55
PLYMOUTH MN 55441


PNEU-MOTION, INC.
3140 104TH LANE
BLAINE MN 55449

POWDER TECHNOLOGY, INC.
14331 EWING AVE S
BURNSVILLE MN 55337


PPE EQUIPMENT LEASING, LLC
12925 16TH AVENUE N
PLYMOUTH MN 55441


PRODUCTIVITY QUALITY INC
15200 25TH AVE N, SUITE 104
MINNEAPOLIS MN 55447-1981


QUIPTEC INC.
683-T BAYVIEW DR.
BARRIE ONTARIO L4N9A5


R-CON NDT
5605 FREITAG DRIVE
MENOMONIE WI 54751


RANDY G. GULLICKSON, ESQ.
ANTHONY OSTLUND BAER &LOUWAGIE
90 SOUTH SEVENTH ST. #3600
MINNEAPOLIS MN 55402


RUSSELL DELIVERY
PO BOX 226
ALBERTVILLE MN 55301


SIMPSON TECHNOLOGY CORP.
751 SHORELINE DR.
AURORA IL 60504-6194


SKARNES INC
NW7194 PO BOX 1450
MINNEAPOLIS MN 55485

SMITH FOUNDRY COMPANY
1855 E. 28TH ST.
MINNEAPOLIS MN 55407


SMITH-SHARPE FIRE BRICK S
2129 BROADWAY ST NE
MINNEAPOLIS MN 55413


SOUTH MINNESOTA LUBES
2302 EAST MAIN STREET
ALBERT LEA MN 56007


SPECTRO ANALYTICAL INST.
450 DONALD LYNCH BLVD
MARLBOROUGH MA 01752


ST. PAUL BRASS
954 W. MINNEHAHA AVE.
ST. PAUL MN 55104


STAR EQUIPMENT, INC.
2100 107TH LANE NE
BLAINE MN 55449


STERLING SUPPLY
459 HARDING ST. NE
MINNEAPOLIS MN 55413


STEVEN C. KERBAUGH, ESQ.
ANOTHN OSTLUND BAER & LOUWAGIE
90 SOUTH SEVENTH ST. #3600
MINNEAPOLIS MN 55402


STORK-TWIN CITY TESTING C
15277 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

STOTEK INC
N27 W23713 PAUL ROAD UNIT F
PEWAUKEE WI 53072


SUNSOURCE OPERATING INC
23851 NETWORK PLACE
CHICAGO IL 60673-1238


SUPERIOR TOOL GRINDING
716 RAILROAD DRIVE
ELK RIVER MN 55330


SURE CAST ALUMINUM FOUNDRY
10601 NASSAU STREET N.E.
MINNEAPOLIS MN 55449


SURGE WATER CONDITIONING
12201 MINNETONKA BLVD
MINNETONKA MN 55305


T.C. CLIPPER
9940 HAMILTON ROAD
EDEN PRAIRIE MN 55344


THE PIC GROUP
104 DAWSON ROAD GUELPH
ONTARIO CANADA N14 1A7


THERMTRONIX CORPORATION
17129 MUSKRAT AVE.
ADELANTO CA 92301


TOLL GAS & WELDING
3005 NIAGARA LANE
PLYMOUTH MN 55447

TORRANCE CASTING, INC
3131 COMMERCE STREET
LA CROSSE WI 54603


TOYOTA MOTOR CREDIT CORP
8601 XYLON COURT NORTH
BROOKLYN PARK MN 55445


TOYOTA-LIFT OF MINNESOTA
8601 XYLON COURT NORTH
BROOKLYN PARK MN 55445


ULINE SHIPPING SUPPLY
950 ALBRECHT DRIVE PO BOX 568
LAKE BLUFF IL 60044


UNIMIN CORP
PO BOX 198867
ATLANTA GA 30384-8867


UNITED ELECTRIC COMPANY
PO BOX 802578
CHICAGO IL 60680-2578


UNITED PARCEL SERVICE
LOCKBOX 577
CAROLSTREAM IL 60132-0577


UNITED RENTALS
14650 QUIRAM DRIVE
ROGERS MN 55374


UNITED SURFACE PREPARATION
8770 VALLEY FORGE LANE NORTH
MAPLE GROVE MN 55369

UNIVERSAL ELECTRIC CORPOR
168 GEORGETOWN ROAD
CANONSBURG PA 15317


US BANCORP CARDS SERVICES
PO BOX 6309
FARGO ND 58125-6309


VASCO, INC.
1103 HERSHEY STREET
ALBERT LEA MN 56007


VEKTEK, INC.
P.O. BOX 934335
KANSAS CITY MO 64193-4355


VITRAN EXPRESS
PO BOX 633519
CINCINNATI OH 45263-3519


VULCAN ENGINEERING
PO BOX 11407
BIRMINGHAM AL 35246-0431


W.S. NOTT CO.
4480 ROUND LAKE BLVD.
ARDEN HILLS MN 55112-1961


W.W. GRAINGER, INC
5620 INTERNATIONAL PARKWAY
MINNEAPOLIS MN 55428-3047


WALMAN OPTICAL
SDS 12-1084 PO BOX 86
MINNEAPOLIS MN 55486-1084

WALTER HAMMOND CO.
3601 29TH AVE. NE
MINNEAPOLIS MN 55418


WILLIAM F. BIEBER
12925 16TH AVENUE N
PLYMOUTH MN 55441


WINEGAR BROS., INC.
1209 SOUTH STATE
WASECA MN 56093


WINONA PATTERN & MOLD
1025 EAST KING STREET
WINONA MN 55987


WURTH ADAMS
10100 85TH AVENUE NO
MAPLE GROVE MN 55369


YALE MECHANICAL
9646 GIRARD AVENUE SOUTH
MINNEAPOLIS MN 55431


YXLON INTERNATIONAL, INC.
PO BOX 691627
CINCINNATI OH 45269-1627

**Form 1008-1 - Proof Of Authority To Sign And File Petition**

# United States Bankruptcy Court
## District of Minnesota

In re __Progress Casting Group, Inc.__ _____

Debtor(s)

Case No. _____

Chapter __7__

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, __Mark L. Osmanski__, declare under penalty of perjury that I am the __President__ of __Progress Casting Group, Inc.__, a Minnesota corporation and that on __April 12, 2012__ the following resolution was duly adopted by the Board of Directors of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter __7__ of Title 11 of the United States Code;

Be It Therefore Resolved, that __Mark L. Osmanski__, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter __7__ voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that __Mark L. Osmanski__, President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that __Mark L. Osmanski__, President of this corporation, is authorized and directed to employ __David Jon Hoiland__, attorney and the law firm of __David Jon Hoiland, PLC__ to represent the corporation in such bankruptcy case."

__April 12, 2012__ Date   Signature   __/s/ Mark L. Osmanski__ _____

**Mark L. Osmanski**
**President**

**LOCAL RULE REFERENCE:  1008-1**