_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

BKY No:    12-42173

In re:                                                                    Chapter 7

**Progress Casting Group, Inc.**

**Debtor.**
_____

## WITHDRAWAL OF CLAIM
_____

| | |
|---|---|
| Debtor Name and Case Number: | Progress Casting Group, Inc. <br> BKY No:  12-42173 |
| Creditor Name and Address: | William F. Bieber <br> 10025 Valley View Road, Suite 190 <br> Eden Prairie, MN  55344 |
| Court Claim Number (if known): | 31-1 |
| Date Claim Filed: | 12/14/2012 |
| Total Amount of Claim Filed: | $10,243,890.14 |

I, the undersigned, am a partner in the law firm of Barnes & Thornburg LLP, legal counsel for William F. Bieber, the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Clerk of this Court to reflect this withdrawal on the official claims register for the above-referenced Debtor.

**BARNES & THORNBURG LLP**

Dated:  January 17, 2014          By:  *s/David A. Orenstein*
                                                    David A. Orenstein (#121447)
                                                    225 South Sixth Street, Suite 2800
                                                    Minneapolis, Minnesota 55402
                                                    (612) 333-2111

                                                    Attorneys for William F. Bieber

1

MIDS01 700632v1

_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

BKY No:     12-42173
Chapter 7

**Progress Casting Group, Inc.**

**Debtor.**
_____

### CERFICIATE OF SERVICE

<u>David A. Orenstein</u>, under penalty of perjury, states that on January 17, 2014, he caused to be served the following:

- Withdrawal of Claim (#31-1); and
- Certificate of Service.

The individuals listed below were served the above listed documents electronically via the Court's NEF procedures.

| | | |
|---|---|---|
| Mychal A. Bruggeman<br>Mackall Crounse & Moore<br>1400 AT&T Tower<br>901 Marquette Avenue<br>Minneapolis, MN 55402<br>612-305-1478<br>mab@mcmlaw.com | representing | Timothy D Moratzka<br>901 Marquette Ave<br>Ste 1400<br>Minneapolis, MN 55402<br>612-305-1666<br>mcm_trustee@mcmlaw.com<br>*(Trustee)* |
| Timothy D. Moratzka<br>Mackall Crounse & Moore<br>1400 AT&T Tower<br>901 Marquette Ave<br>Minneapolis, MN 55402<br>612-305-1502<br>612-305-1414 (fax)<br>tdm@mcmlaw.com | representing | Timothy D Moratzka<br>901 Marquette Ave<br>Ste 1400<br>Minneapolis, MN 55402<br>612-305-1666<br>mcm_trustee@mcmlaw.com<br>*(Trustee)* |

1

| | | |
|---|---|---|
| David Jon Hoiland<br>Hoiland Law Office<br>120 South Sixth Street, Suite 1100<br>Minneapolis, MN 55402<br>612-573-3686<br>Hoilandesq@aol.com | representing | Progress Casting Group, Inc.<br>10025 Valley View Road<br>Eden Prairie, MN 55344<br>*(Debtor)* |
| David A. Orenstein<br>Barnes & Thornburg LLP<br>225 South Sixth St., Suite 2800<br>Minneapolis, MN 55402<br>612-333-2111<br>david.orenstein@btlaw.com | representing | ATEK Companies, Inc.<br>Suite 190<br>10025 Valley View Road<br>Eden Prairie, MN 55344<br>*(Creditor)* |
| | representing | PPE Equipment Leasing, LLC<br>Suite 190<br>10025 Valley View Road<br>Eden Prairie, MN 55344<br>*(Creditor)* |
| Lorie A. Klein<br>Fafinski Mark & Johnson P.A.<br>775 Prairie Center Drive, Suite 400<br>Eden Prairie, MN 55344<br>952-224-9750<br>lorie.klein@fmjlaw.com | representing | CSM Corporation<br>c/o Michelle Culligan<br>500 Washington Avenue South<br>Minneapolis, MN 55415<br>*(Interested Party)* |
| Connie Lahn<br>Fafinski Mark & Johnson P.A<br>775 Prairie Center Drive, Suite 400<br>Eden Prairie, MN 55344<br>952-995-9500<br>connie.lahn@fmjlaw.com<br>*Assigned: 09/12/2013* | representing | CSM Corporation<br>c/o Michelle Culligan<br>500 Washington Avenue South<br>Minneapolis, MN 55415<br>*(Interested Party)* |

Dated: January 17, 2014        */s/ David A. Orenstein*
David A. Orenstein

2

MIDS01 700632v1